UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALMEDIN KLAPUH, on behalf of himself and all others similarly situated<br><br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN CARPET SOUTH INC. d/b/a ACS FLOORING, and JOSEPH SANTAGATA,<br><br>　　　Defendants. | Civil Action No. |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to Sections 1331, 1441, and 1446 of Title 28 of the United States Code, defendants American Carpet South Inc. d/b/a ACS Flooring ("ACS") and Joseph Santagata ("Santagata") (together, "Defendants") hereby remove the state court action described below.

### Procedural Status

1.　　On January 26, 2021, Plaintiff Almedin Klapuh ("Plaintiff") filed an action in the Commonwealth of Massachusetts, Suffolk County Superior Court, entitled *Almedin Klapuh, on behalf of himself and all others similarly situated v. American Carpet South, Inc. d/b/a/ ACS Flooring and Joseph Santagata*, Civil Docket No. 2184CV00180.

2.　　On or about February 8, 2021, ACS received a copy of the Summons, Civil Action Cover Sheet, Complaint, and Civil Tracking Order by certified mail. Complete and accurate copies of these papers are attached as Exhibit A. Upon information and belief,

Santagata has not been served with a summons directed to him, individually.  Nonetheless, he consents to the removal of this action.

3.  This Notice is being filed within 30 days of the date any defendant received a copy of the initial pleadings in this case by service or otherwise, as required by 28 U.S.C. § 1446(b).

4.  Written notices required by 28 U.S.C. § 1446(d), addressed to Plaintiff and to the Clerk of the Commonwealth of Massachusetts, Suffolk County Superior Court, will be filed in the state court and sent to Plaintiff's counsel promptly after the filing of this Notice.

5.  In accordance with Local Rule 81.1, certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court will be filed within 28 days after filing of this Notice.

6.  By filing this Notice, Defendants do not waive their right to object to service of process, the sufficiency of process, jurisdiction, or venue.

7.  Defendants submit this Notice without conceding Plaintiff has standing or has pleaded any valid claims upon which relief can be granted, without waiving any procedural or substantive rights or defenses, and without admitting Plaintiff is entitled to any relief whatsoever.

### Federal Question Jurisdiction

8.  The Complaint alleges that Defendants violated the federal Fair Labor Standards Act, 29 U.S.C. § 207, by failing to pay Plaintiff and the proposed class one-and-one-half times their applicable wages for overtime work.  Compl. ¶ 56.

9.  This Court has federal-question jurisdiction over this claim pursuant to 28 U.S.C. § 1331.  *See Cash v. Cycle Craft Co.*, 482 F. Supp. 2d 133, 134 (D. Mass. 2007).

## **Supplemental Jurisdiction**

10. The Complaint also alleges that Defendants violated M.G.L. c. 149, § 148B, by classifying Plaintiff and the proposed class members as independent contractors rather than as employees, Compl. ¶ 46; violated M.G.L. c. 151, § 1A, by not paying Plaintiff and the proposed class members one-and-one-half times their applicable wages for overtime work, Compl. ¶ 49; violated M.G.L. c. 149, § 148, by making certain deductions from the paychecks of Plaintiff and the proposed class members and by failing to pay Plaintiff and the proposed class members all wages and benefits paid to ACS's properly classified employees, Compl. ¶¶ 52-53; and that Defendants are liable under theories of unjust enrichment and quantum meruit, Compl. ¶¶ 58-60.

11. This Court has supplemental jurisdiction over these state-law claims pursuant to 28 U.S.C. § 1367 because they all arise out of the same case or controversy as the federal claim discussed above. *See Cash*, 482 F. Supp. 2d at 134.

WHEREFORE, Defendants respectfully request that the captioned matter be removed from the Commonwealth of Massachusetts, Suffolk County Superior Court, to the United States District Court for the District of Massachusetts, and that all further proceedings in this action be held before this Court.

Dated: February 26, 2021

Respectfully submitted,

AMERICAN CARPET SOUTH INC.
D/B/A ACS FLOORING and JOSEPH
SANTAGATA,

By their attorneys,

*/s/ Michael T. Maroney*
James D. Smeallie (BBO No. 467380)
Michael T. Maroney (BBO No. 653476)
Zachary D. Reisch (BBO No. 704155)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor

Boston, MA 02116
*jd.smeallie@hklaw.com*
*michael.maroney@hklaw.com*
*zachary.reisch@hklaw.com*
617-523-2700

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent via first-class mail to those indicated as non-registered participants and Plaintiff's counsel of record on February 26, 2021.

*/s/ Michael T. Maroney*